**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **Docket No. 0979 3:09CR00425-001-KI** |
| | ) |
| **v.** | ) |
| | ) **ORDER FOR REENTRY** |
| **LIKEE SHAMPALE FINNEY,** | ) **COURT JAIL SANCTION** |
| | ) |
| **Defendant.** | ) |

On January 24, 2013, the defendant was accepted as a participant in the Reentry Court Program. The defendant has been found in violation of the conditions of release by violating program rules and conditions of supervised release. The Reentry Court Team has determined the defendant's violation conduct requires a jail sanction.

**IT IS ORDERED** that the defendant shall serve a four-day jail sanction, as follows:

The defendant shall report to the U.S. Marshals on Saturday, March 09, 2013, at 9:00 a.m., and be released from custody on Sunday, March 10, 2013, at 9:00 a.m., and

The defendant shall report to the U.S. Marshals on Saturday, March 16, 2013, at 9:00 a.m., and be released from custody on Sunday, March 17, 2013, at 9:00 a.m.

**DATED** this ____8____ day of March, 2013.

The Honorable Marco A. Hernández
U.S. District Judge

*ORDER—FINNEY, LIKEE SHAMPALE*                                        *Page 1*
SG/41458